# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BENJAMIN C. ROBERTSON § | |
| § | |
| vs. § | CIVIL ACTION 6:18cv553 |
| § | |
| COMMISSIONER, SOCIAL § | |
| SECURITY ADMINISTRATION § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation (ECF 16), filed on June 27, 2019, recommends that the complaint be dismissed without prejudice for failure to prosecute. No written objections have been filed. The Court therefore **ADOPTS** the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that this Social Security action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. FED. R. CIV. P. 41(b). It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

**SIGNED** this the 15 day of **July, 2019.**

_____
Thad Heartfield
United States District Judge